

# Fourth Court of Appeals
## San Antonio, Texas

June 11, 2019

No. 04-17-00645-CR

Gloria R. **PROO,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR2757A
Honorable Ron Rangel, Judge Presiding

# O R D E R

The Motion to Extend Time to File Appellant's Motion for En Banc Reconsideration is hereby GRANTED IN PART for 30 days to July 18, 2019, with no further extensions.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of June, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court